# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2006

130872(46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DESERAI LAWSON, Next Friend of ZHIMON
BINGHAM, a Minor,
      Plaintiff-Appellee,

v

KREATIVE CHILD CARE CENTER, INC.,
      Defendant-Appellant.

SC: 130872
COA: 256388
Wayne CC: 03-314614-NO

_____

On order of the Chief Justice, the motion by defendant-appellant for extension to September 8, 2006 of the time for filing their supplemental brief is considered and is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2006

_____
Clerk